**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Elmore Correctional Center
   c/o Willie Thomas, Warden
   P.O. Box 8
   Elmore, AL 36025

   1:06CV1107-WKW

2. Article Number (Transfer from service label)

   7006 2760 0002 8193 0302

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Jerome King_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Jerome King                   12/22/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

   Petition FOP 1/10/07

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540