IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

WILLIE McCRAY, # 183709 )
    PETITIONER )
     )
     )
V.S. )  CASE NO. 1;06-CV-1107-WKW
     )
WILLIE THOMAS, et al., )
    RESPONDENTS, )

MOTION FOR AN ORDER

    Comes now the Petitioner, WILLIE McCRAY, proceeding Pro-Se, and through Inmate Assistance and moves this Honorable court for an Order to correct the Order entered in this case on December 21, 2006 for the following reasons;

    (1) The Petitioner, Willie McCray challenges his Conviction and Sentence from the Circuit COURT OF HOUSTON COUNTY, ALABAMA FOR THE OFFENSE OF FELONY MURDER AND FIRST DEGREE THEFT OF PROPERTY:

    (2) In the Order issued by this Court **THE ORDER WAS MISTAKENLY DATED DECEMBER 21, 2007)**, and it also was mistakenly entered that the offense /conviction and sentence was from THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA ON SEPTEMBER 9, 2003.

    (3) the Petitioner respectfully request that this Honorable Court will take Judicial Notice of the Petitioner's 28 U.S.C. 2254 Petition filed in this Court on or about December 11, 2006, and it will be clear that he challenges the conviction/Sentence in Houston County, Alabama Criminal Case NO: CC-94-791, and COURT OF CRIMINAL APPEAL CASE NO: CR-05-1474.

    (4) Without causing this Honorable Court any delays, this Petitioner respectfully request that this Honorable Court issue a new order, for the Respondents to respond to the allegations in the Petition filed by WILLIE McCRAY, BEARING

THE Houston County Case Number.

The Petitioner, Willie McCray does not have a Case in Russell County, Alabama for the Offense of distribution of a controlled substance, or any other offense.

RESPECTFULLY SUBMITTED

*Willie McCray*

WILLIE McCRAY # 183709
ELMORE CORRECTIONAL FACILITY
P.O. BOX 8
ELMORE, ALABAMA 36025

DONE THIS 26th DAY OF DECEMBER, 2006