**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Troy King
   Attorney General's Office
   Alabama State House
   11 South Union Street
   Montgomery, AL 36130

   Pet & OP 1/10/07

2. Article Number
   (Transfer from service label)

   7005 1820 0002 3461 6814

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Taylor
   ☐ Agent
   ☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery: 1/22/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   1:06cv1107-WKW

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540