IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE McCRAY, #183709, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 1:06-CV-1107-WKW |
| ) | |
| WILLIE THOMAS, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

Upon review of the motion for order filed by the petitioner on December 28, 2006 (Court Doc. No. 6), in which the petitioner identifies typographical errors in the order entered on December 21, 2006 (Court Doc. No. 3), and for good cause, it is

ORDERED that:

1. The motion for order be and is hereby GRANTED.

2. The order of procedure entered on December 21, 2006 (Court Doc. No. 3) be and is hereby VACATED.

Done this 9th day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE