IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIE C. McCRAY, #183709, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-CV-1107-WKW |
| | ) | |
| WILLIE THOMAS, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for enlargement of time filed by the respondents on January 10, 2007 (Court Doc. No. 10), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the respondents be GRANTED an extension from January 10, 2007 to and including January 30, 2007 to file their answer.

Done this 10th day of January, 2007.

                                        /s/ Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        UNITED STATES MAGISTRATE JUDGE