IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

WILLIE McCRAY, #183709

   PETITIONER,

V.S                                     CASE NO; 1:06-CV-1107-WKW

WILLIE THOMAS, et al.,

   RESPONDENTS

## MOTION FOR AN ORDER

Comes now the Petitioner, Willie McCray, proceeding Pro-Se and through Inmate assistance, and petition this Honorable Court to issue an order to the Respondents to provide this court and the Petitioner the entire record, as Ordered by this Court for the following reasons;

1) In this Court's ORDER dated January 9, 2007, this Court Ordered that;

> "Where the Petitioner alleges ineffective assistance of Counsel or insufficiency of the evidence and these claims must be address on their merits, the entire trial record must be filed. The entire trial record should also be filed if the respondents assert that a ruling of the trial court is entitled to a presumption of correctness or if they defend on groungs that a particular ruling did not render the trial "fundamentally unfair" or that a particular error is "harmless error".

In the present case, the Petitioner did-in-fact assert that his Counsel was ineffective at Trial, and on direct appeal, therefore, it is necessary for the Respondent's to provide the entire Trial Transcript to this court, and the Petitioner.

                                            Respectfully Submitted
                                            Willie McCray
                                            Willie McCray # 183709

## CONCLUSION

For the reasons stated above, the Petitioner respectfully request that this Honorable Court will issue an ORDER, for the Respondents to provide the entire trial Transcript, and further, allow the Petitioner an additional (30)Thirty-Days, after they have provide the Transcript, to respond to the Answer that was provided by the Respondents.

_Willie McCray_
Willie McCray, # 183709

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the parties listed below, by placing same in the United States Mail Postage Pre-Paid, and properly addressed this ___5___ Day of February, 2007.

OFFICE OF THE ATTORNEY GENERAL
11 SOUTH UNION STREET
CRIMINAL APPEALS DIVISION
FOURTH FLOOR
MONTGOMERY, ALABAMA 36130

_Willie McCray_

Willie McCray Ais# 183709
Elmore Corr. Facility
P.O. Box 8
Elmore, Alabama 36025