**STATE OF ALABAMA,**

**HOUSTON COUNTY.**

## AFFIDAVIT

Before me, the undersigned, a Notary Public in and for the State of Alabama, at Large, personally appeared Joseph W. Lewis, who is known to me, and having been first duly sworn, deposes and says upon his oath as follows:

1. My name is Joseph W. Lewis. I reside at 121 Riverwalk Court, Dothan, Alabama. I have personal knowledge of the facts set forth in this affidavit.

2. This affidavit is made pursuant to the order of the Court in Willie McCray vs. Willie Thomas, et al., United States District Court for the Middle District of Alabama, Southern Division, case number 1:06-CV-1107-WKW, on March 14, 2007.

3. On or about October 31, 2000, the Houston County Circuit Court appointed the undersigned Joseph W. Lewis to represent the petitioner, Willie McCray, on appeal. On or about October 10, 2001, the undersigned Joseph W. Lewis timely filed a direct appeal with the Alabama Court of Criminal Appeals, on behalf of Mr. McCray.

4. On or about November 21, 2001, the Alabama Court of

Criminal Appeals, in a memorandum opinion, affirmed Mr. McCray's conviction.

5. On or about December 5, 2001, the undersigned Joseph W. Lewis filed an Application for Rehearing with the Alabama Court of Criminal Appeals on behalf of Mr. McCray. On December 21, 2001, the Alabama Court of Criminal Appeals overruled Mr. McCray's Application for Rehearing.

6. A review by the undersigned Joseph W. Lewis of Mr. McCray's file indicates that also on December 21, 2001, the undersigned Joseph W. Lewis filed a Motion to Withdraw as Mr. McCray's appellate counsel, and, also on December 21, 2001, sent a letter to Mr. McCray, care of the William E. Donaldson Correctional Facility, advising him that his Application for Rehearing had been overruled, that the undersigned Joseph W. Lewis was withdrawing as his appellate counsel, and that Mr. McCray would have fourteen (14) days from the date of the Overruling of his Application for Rehearing to Petition the Supreme Court of Alabama for certiorari review.

Further Affiant Sayeth Not.

Dated this the __26__ day of __March__, 2007.

_____
JOSEPH W. LEWIS

Sworn to and subscribed before me on this the 26 day of March, 2007.

_____
NOTARY PUBLIC
My Commission Expires: 8/10/10

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing upon the Honorable Troy King, Alabama State House, Room 303, 11 South Union Street, Montgomery, Alabama 36130 by placing a copy of same properly addressed and postage pre-paid in the U.S. Mail.

Done this the 26 day of March, 2007.

_____
JOSEPH W. LEWIS
Attorney at Law

3