IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIE McCRAY, #183709, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-CV-1107-WKW |
| | ) | |
| WILLIE THOMAS, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Upon review of the supplemental answer filed by the respondents on April 6, 2007, and as this response fails to address each of the claims and arguments presented by the petitioner in his February 21, 2007 amendment to the petition (Court Doc. No. 18), *see Order of February 22, 2007 (Court Doc. No. 19*) and *Order of March 14, 2007 (Court Doc. No. 21)*, it is

ORDERED that on or before April 24, 2007 the respondents shall file a supplemental answer which addresses the petitioner's argument that it would be a fundamental miscarriage of justice to bar review of his petition by application of the limitation period.

Done this 9th day of April, 2007.

                                            /s/ Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        UNITED STATES MAGISTRATE JUDGE