IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE McCRAY, #183709, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 1:06-CV-1107-WKW |
| ) | |
| WILLIE THOMAS, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Upon review of the affidavit filed by Joseph W. Lewis on March 27, 2007 (Court Doc. No. 22), and for good cause, it is

ORDERED that on or before May 18, 2007 Joseph W. Lewis shall file a supplement to his affidavit which contains a copy of the December 21, 2001 letter sent to the petitioner advising him "that his Application for Rehearing had been overruled, that the undersigned Joseph W. Lewis was withdrawing as his appellate counsel, and that Mr. McCray would have fourteen (14) days from the date of the Overruling of his Application for Rehearing to Petition the Supreme Court of Alabama for certiorari review." *Affidavit of Joseph W. Lewis - Court Doc. No. 22* at 2.

Done this 8th day of May, 2007.

                                          /s/ Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        UNITED STATES MAGISTRATE JUDGE