IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIE McCRAY, #183709, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-CV-1107-WKW |
| | ) | |
| WILLIE THOMAS, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before June 27, 2007 Joseph W. Lewis shall (i) show cause why he failed to file a response to the order entered on May 8, 2007 (Court Doc. No. 29), and (ii) supplement his affidavit with a copy of the December 21, 2001 letter sent to the petitioner advising petitioner "that his Application for Rehearing had been overruled, that the undersigned Joseph W. Lewis was withdrawing as his appellate counsel, and that Mr. McCray would have fourteen (14) days from the date of the Overruling of his Application for Rehearing to Petition the Supreme Court of Alabama for certiorari review." *Affidavit of Joseph W. Lewis - Court Doc. No. 22* at 2.

The Clerk is hereby DIRECTED to provide a copy of the instant order and the order entered on May 8, 2007 (Court Doc. No. 29) to Joseph W. Lewis.

Done this 12th day of June, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE