IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE MCCRAY, #183709, | ) |
| | ) |
| PETITIONER, | ) |
| | ) |
| VS. | ) CASE NO.: 1:06-CV-1107-WKW |
| | ) |
| WILLIE THOMAS, ET AL, | ) |
| | ) |
| RESPONDENTS. | ) |

## RESPONSE TO COURT'S ORDER

Comes now the undersigned Joseph W. Lewis, pursuant to the Court's order of June 12, 2007 and shows unto the Court as follows:

1. The undersigned would show to the Court that the Order of June 12, 2007 was the first time the existence of the Court's May 8, 2007 Order was brought to his attention. A search of his e-mail files and of his physical file failed to turn up the Order. In any event, the undersigned accepts full responsibility for failing to respond to the Court's May 8, 2007 Order, and would only add that he would never advertently ignore an Order of the Court and regrets any inconvenience this has caused the Court.

2. Pursuant to the Court's Orders of May 8, 2007 and June 12, 2007, a copy of the undersigned's letter to Mr. McCray dated December 21, 2001 is attached herewith.

Respectfully submitted this the 15 day of June, 2007.

                                                        BYRD, LEWIS & JONES, LLC

                                                        JOSEPH W. LEWIS (LEW 048)
P.O. Box 536
Dothan, Alabama 36302
(334) 794-0759
(334) 792-0163 fax

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing upon the below named individual or individuals by either hand delivery or placing a copy of the same in the U.S. Mail, postage pre-paid and correctly addressed: The Attorney General of the State of Alabama, Honorable Troy King, Alabama State House, Room 303, 11 South Union Street, Montgomery, Alabama 36130.

Dated this the 15 day of June, 2007.

                                        JOSEPH W. LEWIS
**BYRD, LEWIS & JONES, LLC**
P.O. Box 536
Dothan, Alabama 36302
(334) 794-0759
(334) 792-0163 fax



## BYRD & BYRD

ATTORNEYS AT LAW
211 WEST MAIN STREET, SUITE 1
DOTHAN, ALABAMA 36301

Phone (334) 794-0759
Fax (334) 792-0163

JOHN E. BYRD
JOHN E. BYRD, JR.
JOSEPH W. LEWIS

December 21, 2001

MAILING ADDRESS:
P.O. BOX 536
DOTHAN, ALABAMA 36302

Mr. Willie McCray #183709
c/o: William E. Donaldson Correctional Facility
100 Warrior Lane
Bessemer, Alabama 35023-7299

RE: State of Alabama vs. Willie McCray
Alabama Court of Criminal Appeals
Case No.: CR 00 - 241

Dear Mr. McCray:

Please be advised that on December 21, 2001, the Alabama Court of Criminal Appeals overruled the Application for Rehearing in the above-numbered case. You will have fourteen (14) days from that date to Petition the Supreme Court of Alabama for Certiorari.

Also, please be advised that as of this date I am filing a Motion to Withdraw as your appellate counsel. Should you have any questions, you may contact me by mail at the above-shown address.

Very truly yours,

Joseph W. Lewis

JWL/tl