IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE McCRAY, #183709, | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 1:06-CV-1107-WKW |
| WILLIE THOMAS, et al., | ) |
| Respondents. | ) |

**ORDER**

Upon review of the documents filed in this case, and for good cause, it is

ORDERED that on or before July 9, 2007:

1. The respondents and petitioner shall file a response to this order which contains copies of all correspondence transmitted from the Alabama Court of Criminal Appeals and/or the Alabama Supreme Court to petitioner in response to his inquiries with respect to the filing of an application for rehearing and petition for writ of certiorari.

2. Joseph W. Lewis shall file copies of all correspondence with petitioner prepared in response to petitioner's requests for copies of documents necessary for preparation of a state post-conviction petition.

The Clerk is hereby DIRECTED to provide a copy of this order to Joseph W. Lewis.

Done this 19th day of June, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE