IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE McCRAY, #183709, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   CASE NO. 1:06-CV-1107-WKW |
| | ) |
| WILLIE THOMAS, et al., | ) |
| | ) |
|     Respondents. | ) |

**ORDER**

Upon review of the response filed by the petitioner on June 28, 2007 (Court Doc. No. 34), and for good cause, it is

ORDERED that on or before July 9, 2007 the petitioner shall file with the court a copy of any correspondence received from the Alabama Supreme Court regarding his inquiries with respect to the filing of a petition for writ of certiorari.

Done this 29th day of June, 2007.

                        /s/ Susan Russ Walker
                        SUSAN RUSS WALKER
                        UNITED STATES MAGISTRATE JUDGE