## IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

WILLIE McCRAY, # 183709,  )
    Petitioner,

    )

V.S.

    ) CASE NO; 1:06-CV-1107-WKW

    )

WILLIE THOMAS. et al.,
    Respondents  )

## PETITIONER'S RESPONSE TO COURT'S ORDER

Comes now the Petitioner, Willie McCray proceeding Pro-se and through Inmate assistance  and respectfully responds to this Court's Order dated June 29, 2007, and will show unto this court as follows;

On June 26, 2007  Willie McCray filed a response to the Court's Order and submitted documents showing where he had filed to the Alabama State Bar, to compel the Attorney to respond and send him documents showing where he had filed to the Court of Criminal Appeals;

The Petitioner also filed a letter if inquiry to the Alabama Court of Criminal Appeals, asking ... the Status of his Appeal.

Because, the time had l;ong expired for the Petitioner to file a Petition for Writ of Certiorari to the Alabama  Supreme Court, there was no need to ask the Court any further information concerning the Case, because as this Court is aware, the Petitioner only have (14) fourteen days to file in the Supreme Court.

The Petitioner did-not inquire from the Alabama Supreme court, therefore, there is no response to provide to this Court.

Respectfully Submitted

*Willie McCray*
Willie McCray # 183709

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the parties listed below by placing a copy of same in the United States Maip properly addressed and postage Pre-Paid this 3rd Day of JULY, 2007;

**STATE OF ALABAMA**
**        OFFICE OF**
** ATTORNEY GENERAL**
**11 SOUTH UNION STREET**
**MONTGOMERY, ALABAMA 36130-0152**

*Willie McCray*
**Willie McCray # 183609**
**Elmore Correctional Facility**
**P.O.BOX 8**
**ELMORE, ALABAMA 36025**

Willie McCray
183709 ASI
Elmore Correctional Facility
P. O. Box 8
Elmore, AL. 36026

MONTGOMERY AL 351
05 JUL 2007 PM 3 L



Office of the Clerk
United States District Court
P. O. Box 711
Montgomery, AL. 36101-0711

36101+0711