IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE MCCRAY, #183709 ) | |
| ) | |
| ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 1:06-CV-1107-WKW |
| ) | |
| WILLIE THOMAS, et al., ) | |
| ) | |
| Respondents. ) | |

## SUPPLEMENTAL ANSWER

Come now the Respondents, by and through the Attorney General for the State of Alabama, and, in response to this Honorable Court's June 19, 2007 order directing Respondents to file a supplemental answer in this present case, and state as follows:

The Respondents requested copies of any correspondence to either the Supreme Court of Alabama or the Alabama Court of Criminal Appeals per this Court's order of June 19, 2007. A representative of the Supreme Court of Alabama, specifically, staff attorney Wayne Thomas informed this office that McCray had not directed any correspondence to them requesting certiorari or other action to be taken by the Supreme Court of Alabama.

The Alabama Court of Criminal Appeals forwarded copies of a Motion for Appointment of Counsel filed by McCray on January 3, 2002; that was denied by the court on January 3, 2002, and a copy of the motion to withdraw, that was filed by McCray's appellate counsel with the Alabama Court of Criminal Appeals on December 21, 2001.

McCray cannot demonstrate to this Court, the failure to present issues from the direct appeal of his conviction, to the Supreme Court of Alabama was through no fault of his own.

Respectfully submitted,

Troy King (KIN047)
*Attorney General*
By:

/s/Daniel W. Madison
Daniel W. Madison (MAD029)
*Assistant Attorney General*

2

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participant:

Willie McCray
AIS #183709
Elmore Correctional Facility
P.O. Box 8
Elmore, Alabama 36025

/s/Daniel W. Madison
Daniel W. Madison (MAD029)
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: DMadison@ago.state.al.us

ADDRESS OF COUNSEL:

Office of the Attorney General
Criminal Appeals Division
Alabama State House
11 South Union Street
Montgomery AL 36130-0152
(334) 242-7300
291041/MCCRAY
103478-001

IN THE COURT OF CRIMINAL APPEALS
STATE OF ALABAMA

STATE OF ALABAMA
APPELLEE

-vs-

WILLIE McCRAY
APPELLANT

CASE NO. CR-00-1241

FILED
JAN - 3 2002
Revised 1.8.02
CLERK
ALA COURT CRIMINAL APPEALS

1/10/02 Motion denied
Judge Kelli Rise

## MOTION FOR APPOINTMENT OF COUNSEL

Comes now the Appellant, Willie McCray in the above-styled cause and moves this Honorable Court pursuant to Rule 6.1(a) Rights to Counsel A.R.Cr.P. and states the following to-wit:

The Appellant received letter on the 3rd day of January, 2002. Informing the Appellant that on the 21st day of December, 2001, his application for Rehearing was denied on the same date. Further attorney Joseph W. Lewis informed Appellant he's filing a motion to withdraw as the Appellant's counsel.

1. The Counsel is under obligation and have of duty under the 6th Amendment of the U.S. Constitution. to render Appellant effective assistance of Counsel on direct Appeal.

2. The Counsel, Joseph W. Lewis, withheld evidence, that would prove Appellant's innocence of murder. This evidence was for to Counsel on the ___ day of December, 2001.

Attachment 1

3. The United States Supreme Court stated in O'Sullivan v. Boerckel, supra at 1

"That appellate counsel must exhaust all of the appellants appeal remedy on direct appeal and must render effective assistance, the same as a trial counsel owes the duty, likewise do appellate counsel"

Wherefore, premises considered the appellant prays, and ask the honorable to order Joseph W. Lewis, esq, to come forth with the record and evidence that in his possession, that was withheld, and thereafter appoint unto your appellant an attorney to represent him the duration of his appellate process.

Respectfully submitted,
Willie McCray
Willie McCray
AIS # 183709 B/93
100 Warrior Lane
Bessemer, Alabama
35023

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Appointment of Counsel this 3rd day of January, 2002 by serving same upon Appellees and Counsel by placing same in the U.S. mail postage prepaid and properly addressed.

Willie McCray

Court of Criminal Appeals
State of Alabama
300 Dexter Avenue
P.O. Box 301555
Montgomery, Al. 36130-1555

Bill Pryor
Attorney General
State of Alabama
11 South Union St.
Montgomery, Al. 36130

Joseph W. Lewis
Attorney at Law
211 W. Main St. - Suite 1
Dothan, Al. 36301

The Supreme Court
State of Alabama
300 Dexter Avenue
P.O. Box 301555
Montgomery, Al. 36130-1555

-3-

Marston

## IN THE COURT OF CRIMINAL APPEALS
## STATE OF ALABAMA

STATE OF ALABAMA,            )
                             )
    PLAINTIFF,           )
                             )
VS.                          )    CASE NO.: CR 2000 - 0241
                             )
WILLIE McCRAY,               )
                             )
    APPELLANT.           )

### MOTION TO WITHDRAW

Comes now the undersigned attorney and requests that this Court allow him to withdraw as attorney of record for the Appellant in the above-styled case, and states for grounds as follows:

1. The undersigned attorney was appointed to represent the appellant on his appeal as of right to this Court.

2. The appellant's conviction was affirmed by this Court on November 21, 2001, and the application for rehearing filed by the undersigned attorney was overruled on December 21, 2001.

WHEREFORE, the undersigned attorney requests this Court would allow him to withdraw as Appellant's attorney of record in the above-numbered case.

Respectfully submitted this the 21st day of December, 2001.

Attachment 2

> **CERTIFICATE OF SERVICE**
>
> I do hereby certify that I have served a copy of the foregoing upon Honorable Bill Pryor, Attorney General, 11 South Union Street, Montgomery, Alabama 36130 by placing a copy of same properly addressed and postage pre-paid in the U.S. Mail.
>
> Dated this the ___ day of December, 2001.
>
> _____
> JOSEPH W. LEWIS
> Attorney for Defendant

BYRD & BYRD

_____
JOSEPH W. LEWIS (LEW 048)
Attorney for Defendant
P.O. Box 536
Dothan, Alabama  36302
(334) 794-0759
(334) 792-0163 fax

2