IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2007 SEP -5 A 9: 26
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST OF ALA

| | |
|---|---|
| WILLIE McCRAY, # 183709<br>Petitioner, | )<br>)<br>) |
| V.S. | ) CASE NO. RCV-1107-WKW<br>) |
| WILLIE THOMPSON, et al.,<br>Respondents., | )<br>) |

## MOTION FOR STATUS REPORT

Comes now the Petitioner, Willie McCray proceeding Pro-se and through Inmate assistance, and respectfully request that this Honorable Court/or Court Clerk give this Petitioner a Status update on the Petition filed in this Court on July 25th, 2007 from the

## RESPONSE TO COURT'S ORDER.

The Petitioner is requesting this information so that he will know what other proceedings he may pursue in connection with this case.

As this court is aware, a Petitioner has a time-limit in which to file an Appeal to the 11th circuit court of Appeal, therefore, he will need time in which to file his Appeal, and would like to file his pleadings, on time.

Respectfully Submitted

*Willie McCray*
Willie McCray # 183709

## CERTIFICATE OF SERVICE

I hereby certify I have served a copy of the foregoing onn the parties listed below by placing same in the United States mail properly addressed and postage pre-paid this 31st day of August, 2007

STATE OF ALABAMA
    OFFICE OF
ATTORNEY GENERAL
  11 South Union Street
MONTGOMERY, ALABAMA 36130-0152

Willie McCray # 183709
Elmore Correctional Facility
P.O. 8
Elmore, Alabama 36025

Willie McLroy
AIS 183709
Elmore C.F
P.O. Box
Elmore, AL. 36025

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL. 36101-0711

MONTGOMERY AL 361
04 SEP 2007 PM 1 L