IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIE McCRAY, #183709, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-CV-1107-WKW |
| | ) | |
| WILLIE THOMAS, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for status report filed by the petitioner on September 5, 2007 (Court Doc. No. 41), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

The petitioner is advised that this case is currently pending on his petition for habeas corpus relief, the respondents' answers thereto and his responses to the answers. The petitioner is further advised that *no additional pleadings are necessary for disposition of the issues presented in the petition*, the court has not yet issued a decision in this case, and he will be immediately advised of any action taken by the court on his petition.

Done this 6th day of September, 2007.

                          /s/ Susan Russ Walker
                          SUSAN RUSS WALKER
                          UNITED STATES MAGISTRATE JUDGE