In The United State District Court For The Middle District of Alabama Southern Division

Willie McCray 183709
    Petitioner

RECEIVED
2007 DEC -3 A 8:29

Case # 1:06-1107-WKW

VS.

Willie Thomas, et Al.,

## Permission To Submit More Exhibit(s)

---

Comes Now the petitioner And Respectfully Moves this Honorable Court to Allow the said petitioner to submit other Exhibit(s) in support of those Ground(s) in the Above Case Number, thats Now before this Honorable Awaiting A Ruling.

The petitioner believe that such Granting of permission will Afford this Honorable with A better And much deeper perspective in the Awaiting Ruling.

Respectfully Submitted

Willie C. McCray
Willie C. McCray

# Certificate of Served

A Forgoing Copy of the same has been Served by U.S. Frist Class mail pre-paid postage, At the Following Address below.

On the 26th day of November 2007.

Attorney General Office of Alabama

11 S. Union St. Third Floor
Montgomery, Alabama
36130

_Willie McCray_

Willie McCray
183709 — A1 97 A
P.O. Box 8
Elmore Alabama
36025





Middle District of Alabama
United State Courthouse
15 Lee St.
Montgomery, Alabama
36104

FIRST CLASS



Willie McCray
183709 - A1 - 97A
P.O. Box 8
Elmore, AL
36025