IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIE McCRAY, #183709, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-CV-1107-WKW |
| | ) | |
| WILLIE THOMAS, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to submit additional exhibits filed by the petitioner on December 3, 2007 (Court Doc. No. 43), and as the petitioner fails to identity the exhibits or present them to the court for review, it is

ORDERED that this motion be and is hereby DENIED.

Done this 3rd day of December, 2007.


    /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE