IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIE MCCRAY,** ) | |
| ) | |
| **PETTIONER,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO.** |
| ) | **1:06-CV-1107-WKW** |
| **WILLIE THOMAS, et. al.,** ) | |
| ) | |
| **RESPONDENTS** ) | |

**NOTICE OF APPEARANCE**

Comes now the undersigned attorney and enters notice of appearance as counsel of record in the above styled case. Daniel W. Madison to whom this case was previously assigned to is no longer with this office.

Respectfully submitted,

Troy King
*Attorney General*
by:

/s/John J. Davis
John J. Davis ID#DAV115
*Assistant Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Willie McCray
AIS 183709
Elmore Correctional Facility
P.O. Box 8
Elmore, Alabama  36025


/s/John J. Davis
John J. Davis
*Assistant Attorney General*


ADDRESS OF COUNSEL:

Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery AL  36130-0152
(334) 242-7300
349664/MCCRAY
114439-001

2