**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 5, 2007

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style: Willie C. McCray vs. Willie Thomas, et al**
**Case Number: 1:06cv1107-WKW**

**Pleading : #45- Notice of Appearance**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 12/4/2007 with the wrong pdf document attached.**

**The corrected pdf document is attached to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIE MCCRAY,** ) | |
| ) | |
|     **PETTIONER,** ) | |
| ) | |
| **vs.** ) | **CIVIL ACTION NO.** |
| ) | **1:06-CV-1107-WKW** |
| **WILLIE THOMAS, et. al.,** ) | |
| ) | |
|     **RESPONDENTS** ) | |

**NOTICE OF APPEARANCE**

Comes now the undersigned attorney and enters notice of appearance as counsel of record in the above styled case. Daniel W. Madison to whom this case was previously assigned to is no longer with this office.

                      Respectfully submitted,

                      Troy King
                      *Attorney General*
                      by:

                      /s/John J. Davis
                      John J. Davis ID#DAV115
                      *Assistant Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Willie McCray
AIS 183709
Elmore Correctional Facility
P.O. Box 8
Elmore, Alabama  36025


/s/John J. Davis
John J. Davis
*Assistant Attorney General*


ADDRESS OF COUNSEL:

Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery AL  36130-0152
(334) 242-7300
349664/MCCRAY
114439-001