IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE McCRAY, #183709, ) | |
| ) | |
| PETITIONER, ) | |
| ) | |
| VS. ) | CASE NO. |
| ) | 1:06-CV-1107-WKW |
| WILLIE THOMPSON, et al., ) | |
| ) | |
| RESPONDENTS. ) | |

**CONFLICT DISCLOSURE STATEMENT**

Come now the Respondents in the above-styled cause, Troy King and Willie Thompson, through the undersigned attorney, pursuant to this District's General Order No. 3047, and make the following statement concerning potential conflicts of interest:

Troy King and Willie Thompson parties named to the above-captioned case, as required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the Rules Governing Habeas Corpus Cases Under Section 2254 Cases, have been sued in their official capacities. These parties do not possess any known affiliations that would create a "professional or financial conflict for a judge" on this Court.

Respectfully submitted

Troy King
*Attorney General*


s/John J. Davis
John J. Davis(DAV115)
*Assistant Attorney General*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2007, I filed the foregoing with the Clerk of the Court and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  Willie McCray, AIS# 183709, P.O. Box 8, Elmore, AL  36025.

                          Respectfully submitted,

                          s/John J. Davis
                          John J. Davis(DAV115)
                          Office of the Attorney General
                          Alabama State House
                          11 South Union Street
                          Montgomery, AL  36130-0152
                          Telephone: (334) 242-7300
                          Fax: (334) 242-2848
                          E-mail: johndavis@ago.state.al.us

357287/103478-001