IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIE MCCRAY, </br> AIS # 183709, | ) </br> ) </br> ) | |
| Petitioner, | ) </br> ) | |
| v. | ) </br> ) | CASE NO. 1:06-CV-1107-WKW |
| WILLIE THOMAS, *et al.*, | ) </br> ) </br> ) | |
| Respondents. | ) | |

## **ORDER**

Before the court is the Report and Recommendation of the Magistrate Judge (Doc. # 52) and the Petition for Writ of Habeas Corpus (Doc. # 1) filed by Mr. Willie McCray. There being no objections filed to the Report and Recommendation of the Magistrate Judge, and upon an independent review of the file, it is ORDERED that the Report and Recommendation is adopted. Mr. McCray's petition for habeas corpus relief is DENIED as untimely under 28 U.S.C. § 2244(d)(1) and this case is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this 29th day of December, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE